**EXHIBIT B**

# CLOSING STATEMENT

*9-26-05*
*Received with check*
*X Golderina Roberts*

TO: OFFICE OF COURT ADMINISTRATION
Retainer and Closing Statements
Post Office Box 2016
New York, New York 10008

1. Code Number: 306931 / 8-05

2. Name and address of clients:
   Golderina Roberts
   1111 Prospect Avenue
   Bronx, New York 10459

3. Plaintiffs:
   Golderina Roberts

4. Defendants:
   Daouda Yoda and Diarrassouba Salin

5. Action commenced: Supreme Court Bronx County.
   Was Note of Issue filed: **Yes**   Action disposed of in open Court. **No**
   Stipulation filed with Calendar Clerk:

6. Settled [xxx] Claim abandoned by client: [ ] Judgment [ ]
   Date of payment by carrier or defendant: ~~8/05~~ 9-15-05
   Date of payment to client: ~~8/05~~ 9-21-05

7. Gross amount of recovery (if judgment entered, include interest, costs and disbursements allowed) $35,000.00.

8. Name and address of insurance carrier or person paying judgment or claim.

   $16,270.14 nk

9. Net amounts: to client $22,549.28; compensation to undersigned ~~$12,459.72~~; names and addresses of amounts paid to attorneys participating in the contingent compensation: None

10. Compensation fixed by:   retainer agreement [X] or by Court [ ].

11. If compensation fixed by Court:    Name of Judge
    Court _____    Index # _____    Date of Order

12. Itemized statement of payments made for hospital, medical care or treatment, liens, assignments, claims and expenses on behalf of the client which have been charged against

the client's share of the recovery, together with the name, address, amount and reason for each payment:

13. Itemized statement of the amounts of expenses and disbursements paid or agreed to be paid to others for expert testimony, investigative or other services properly chargeable to the recovery of damages together with the name, address and reason for each payment:

| | |
|---|---:|
| Process Server | 90.00 |
| Index Number | 170.00 |
| Misc. | 20.00 |
| Civil Note of Issue | 40.00 |
| Special Postage | 13.95 |
| Copies | 29.00 |
| Medical Records | 13.48 |
| Investigator | 238.15 |
| Mediator | 575.00 |
| | 1,189.58 |

14. Date on which a copy of this closing statement was forwarded to client: 8/ /05

MITCHELL D. KESSLER, ESQ.
Attorney for Plaintiff
Seven Penn Plaza, Suite 420
370 Seventh Avenue
New York, New York 10001
(212) 268-26771