Case No. 04-11507-(reg)
Adversary proceedings 07-03727-reg
December 26, 2007

To whom this may concern,

    I Golderina Roberts am answering to case No. 04-11507-(reg). I am answering not guilty to the complaints that are set fourth in the summons. My claim of not guilty of the complaints are for the following reasons:

1) I was not notified of an order vacating the discharge.

2. I was not informed about having to notify the courts or paying back the money I recieved from my settlement.

3. I only recieved notice of my discharge.

For these reasons I am answering not guilty to the complaints.

Golderina Roberts
Golderina Roberts