UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                             :
                                                                   :   **Chapter 7**
GOLDRINA ROBERTS                                                   :
                                                                   :   **Case No. 04-11507 (REG)**
                                                                   :
                  Debtor.                                          :
                                                                   :   **CONSENT TO CHANGE**
-------------------------------------------------------------------    **ATTORNEY**
ROY BABITT, CHAPTER 7 TRUSTEE OF THE                               :
ESTATE OF GOLDRINA ROBERTS,                                        :
                                                                   :
                  Plaintiff,                                       :   **Adv. Proceeding No.**
                                                                   :   **07-03127 (REG)**
         -against-                                                 :
                                                                   :
GOLDRINA ROBERTS and MITCHELL D. KESSLER,                          :
                                                                   :
                  Defendants.                                      :
-------------------------------------------------------------------X

        IT IS HEREBY CONSENTED that the attorneys of record for the defendant, MITCHELL D. KESSLER, in the above-captioned action be changed, and that WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, 150 East 42nd Street, New York, NY 10017-5639, be substituted as attorney for the aforesaid defendants in place and stead of Duffy & Atkins, LLP, Seven Penn Plaza, Suite 420, New York, New York 10001.

Dated:   New York, New York
         February 13, 2008

DUFFY & ATKINS, LLP                            WILSON, ELSER, MOSKOWITZ,
                                               EDELMAN & DICKER LLP

_____                _____
By: Todd E. Duffy                              By: Brett A. Scher
Seven Penn Plaza, Suite 420                    150 East 42nd Street
New York, New York 10001                       New York, NY 10017-5639
Tel. No. (212) 268-2685                        Tel. No.  (212) 490-3000
Fax No. (212) 500-7972                         Fax No.   (212) 490-3038


*S/ Robert E. Gerber   2/15/2008*
So-Ordered

3122072.1