# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017-5639
Tel: 212.490.3000   Fax: 212.490.3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

May 7, 2008

**VIA EMAIL ONLY**

Honorable Robert E. Gerber
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

    Re:    Roy Babbitt, Chptr 7 Trustee v. Goldrina Roberts and Mitchell Kessler
           Adv. Proceeding No. :   07-3127 (REG)
           Our File No.       :   07765.00091

Your Honor:

    We represent defendant Mitchell Kessler in the captioned adversary proceeding. On April 29, 2008, we served our First Set of Interrogatories and Request for Production of Documents upon the Trustee. However, we inadvertently filed a copy with the Court, which now appears on the ECF docket as filing number 8.

    We respectfully request that filing number 8 be blocked from public view, and if possible to be withdrawn from the ECF docket altogether. This application is made with the consent of counsel to the Trustee.

    We apologize for any confusion this may have caused. Please feel free to contact me if you have any questions.

                           Very truly yours,

           WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                           Joseph L. Francoeur

**SO ORDERED**

s/ Robert E. Gerber    5/8/2008
Robert E. Gerber, U.S.B.J.

3221536.1